## THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**LOCKWOOD BOAT WORKS, INC.**

   **Plaintiff,**

   **VS.**

**MOTOR VESSEL, A "1960" FLYING
BRIDGE SPORTSFISH, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & SIGMUND
BATRUK IN PERSONAM & MOTOR
VESSEL, A "1979" LUHRS, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & SIGMUND
BATRUK IN PERSONAM,**

*ET AL.*

**CIVIL ACTION NO.**

**1:09-cv-05848-NLH-KMW**

**IN ADMIRALTY**

**AFFIDAVIT BY PLAINTIFF'S
ATTORNEY IN SUPPORT
OF APPLICATION TO
CONFIRM SALE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   I, EUGENE J. McDONALD, being duly sworn upon my oath, deposes and says:

   1.  I am the attorney for the Plaintiff, Lockwood Boat Works, Inc., in the above-

captioned matter and make this Affidavit for and on behalf of Plaintiff in support of this

application for confirmation of sale.

   2.  This Court entered an Order for Interlocutory Sale herein of the following

Defendant Vessels,( 1 through 13) on July 11, 2011:

  **1. MOTOR VESSEL, A "1960" FLYING BRIDGE SPORTSFISH, HER ENGINES,
   TACKLE, APPAREL & HER APPURTENANCES &**

  **2. MOTOR VESSEL, A "1979" LUHRS, HER ENGINES, TACKLE,
   APPAREL & HER APPURTENANCES &,**

3. MOTOR VESSEL, WEEKEND PLEASURE, A "1982" BAHA, BEARING HULL ID NUMBER FRR00209M82D & REGISTRATION NUMBER NJ6482FG, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES &,

4. SAILING VESSEL, EXCELSIOR, A "1981" SPIRIT, BEARING REGISTRATION NUMBER NJ1278FR, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES &

5. MOTOR VESSEL, A "1989" SEA RAY, BEARING REGISTRATION NUMBER NJ0293FX, HER SHORELANDER TRAILER, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES &

6. SAILING VESSEL, KENMARE, A COLUMBIA, BEARING REGISTRATION NUMBER NJ6641, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES, &

7. MOTOR VESSEL, ILLONA, A "1968" CHRIS CRAFT, BEARING REGISTRATION NUMBER NJ8543GR, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES, &

8. MOTOR VESSEL, DOLL, A "1980" GIBSON HOUSE BOAT, BEARING HULL ID NUMBER LMG37196M80G, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES, &

9. SAILING VESSEL, WINDSONG, A "1977" CT-34, BEARING REGISTRATION NUMBER, NY8200HS HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES, &

10. SAILING VESSEL,  A "1992" SAN JUAN, BEARING HULL ID NUMBER CLKK0239M82G & REGISTRATION NUMBER NJ8140FN, HER TACKLE, APPAREL & HER ENGINES, APPURTENANCES, &

11. SAILING VESSEL, FAME, A "1981" PETERSON, BEARING HULL ID NUMBER NEX43250681 & U. S. COAST GUARD DOCUMENT NUMBER 655340, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES, &

12. SAILING VESSEL, CHRISTINA, A "1984" DUFOUR, BEARING HULL ID NUMBER DUF13815M831 & REGISTRATION NUMBER NJ987FC, HER ENGINES,TACKLE, APPAREL & HER APPURTENANCES, &

13. SAILING VESSEL, CURLEW, A "1971" CONYPLEX  CONTEST, BEARING HULL ID NUMBER CT879 5AD14 4 & REGISTRATION NUMBER NJ6872GT, HER ENGINES,TACKLE, APPAREL & HER APPURTENANCES,

be sold by the U.S. Marshal, after giving public notice by publication of the sale in the form and manner required by said Order, and as required by law, in The Asbury Park Press, a newspaper of general circulation, once a day for six (6) consecutive days before the sale.

3. That the sale of the above Defendant Vessels, 1 through 13 was duly and regularly conducted by Michael A. Schroeder, Deputy United States Marshal, with the assistance of Weslie Fitzgerald, Deputy United States Marshal on August 2, 2011, at 11:25 AM and ended at 11:55 AM, at Lockwood Boat Works, Inc., 1825 Highway # 35, South Amboy, NJ 08879 in this District as advertised and as provided in said Order.

4.      I attended the Marshal's sale on behalf of Plaintiff, Lockwood Boat Works, Inc. Besides myself as Plaintiff's representative and the Deputy Marshal(s), I observed only one (1) individual in attendance: John Mesko of 20 Pool Avenue, Avon by the Sea, NJ, 07717.  See attached copy(s) of US Marshalls Service Bidder Registration form for Mr. Mesko, Exhibit A.

5.      Since said sale, I have received no oral or written objections from any person(s) contending that the sale the above Defendant Vessels, (1 through 13) was not adequately advertised.

6.      Additionally, each of the defendant vessel owners:

1. **SIGMUND BATRUK,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 417 Riverside Drive, New York, New York 10025;

2. **JOE BIVONE,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 7 Pero Court. Sayreville, New Jersey 08872,

3. **JOHN CAMERON,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 122 Fairview Avenue, Berkeley Heights, New Jersey 07922;

4. **RICHARD HANNA,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 116 South Shore Drive, South Amboy, New Jersey 08879

5. **STEVE KELLY,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 766 Ocean Avenue, Apt. # 4, Sea Bright, New Jersey 07760;

6. **GLENN MEADOR,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 7 Williams Street, Lincoln Park, New Jersey07035;

7. **PAUL MUMFORD,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 1763 Wisteria Circle, Bellport, New York 11713;

8. **ERIC NEVILLE,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 275 Main Avenue, Stirling, New Jersey07980;

9. **DREW PROCTOR,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 68 Lock Street, Washington, New Jersey07882;

10. **GUS RUTLEDGE,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed

envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 880 Stryker Road, Phillipsburg, New Jersey08862;

11. **WILLIAM SCANLON**., by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being , 4 Columbia Drive, Apt. 3B, Bridgewater, New Jersey 08807.

12. **JAMES E. CANNING, ADMINISTRATOR FOR THE ESTATE OF CHRISTOPHER MICHAEL CURLEYAND THE ESTATE OF CHRISTOPHER MICHAEL CURLEY ,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being , 23 Valley Street, Malden, Ma.02148,

was served with Notice of the United States Marshall's Sale via certified and regular mail by the undersigned.  The certified mail return receipt "green" card was returned to the undersigned by the US Postal Service.  A copy of the front and reverse side of same is attached hereto and made a part hereof as Exhibit B.  Also, a copy of this Affidavit along with the Application to Confirm the Sale and proposed form of Order Confirming  the Sale of the above Defendant Vessels,( 1 through 13), has been served upon the each of the defendant vessel owners, via certified r mail as set forth in the certification set forth on page 3 of the application.

7.      The highest bid for *EACH* vessel was $500.00 (Five Hundred Dollars ) and was made by the undersigned on behalf of the Plaintiff (see copy of U.S. Marshall's Service List of Bidders Form, attached hereto and made a part hereof as Exhibit C.)  I bid a portion of the Plaintiff's lien/judgment as provided for in the Order of Sale.

8.    The undersigned is advised and represents to the Court that said bid represents

fair and reasonable price for said vessel, its engines, boilers, machinery, tackle, apparel, furniture

and equipment, considering their present condition.

EUGENE J. MCDONALD, ESQ.
170 Broad Street
Matawan, NJ 07747
Tele:   732 583 8485
Attorney for Plaintiff
Lockwood Boat Works, Inc.

Sworn and subscribed before me this 3rd
day of August, 2010

Linda M. McDonald
Notary Public State of New Jersey
ID No. 2197485
Commission Expires 3/18/2012

LINDA M. McDONALD
NOTARY PUBLIC OF NEW JERSEY
I.D No. 2197485
Commission Expires 3/18/2012

# EXHIBIT A

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

## BIDDER REGISTRATION FORM

### <u>CV-10-6249</u>

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

NAME: _John Mesko_

ADDRESS: _20 Poole Ave_
_Avon By The Sea NJ. 07717_
NJ DL# _M 2807 40766 02574_

I represent:

NAME: _____

ADDRESS: _____

TELEPHONE NUMBER: _732 801-1532_

FAX NUMBER: _____

E-MAIL ADDRESS: _jfmesko @ yahtoo. com_

SIGNATURE: _____

DATE: _8/2/11_

# EXHIBIT B



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

LINCOLN PARK NJ 07035

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.64 |
| Certified Fee | | $2.85 |
| Return Reciept Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.79 |

0404
02
Postmark Here

07/13/2011

7003 0500 0004 1237 0693

Sent To
Glenn Meador
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Glenn Meador
7 Williams St
Lincoln Park,
NJ
07035

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Karen Meador
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer     7003 0500 0004 1237 0693

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BELLPORT NY 11713

| | | |
|---|---|---|
| Postage | $ $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.79 | 07/13/2011 |

Sent To  *Paul Mumford*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7003 0500 0004 1237 1157

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Paul Mumford*
   *1763 Wisteria Circle*
   *Bellport, NY 11713*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
   *Paul Mumford*                    7/14/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from     7008 1830 0001 2527 5889

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
BRIDGEWATER NJ 08807

| | | | |
|---|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To   Wm Scanlon

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

7003 0500 0004 1237 1126

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Scanlon
4 Columbia Drive
Apt 3B
Bridgewater, NJ
08807

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

W. SCANLON   7-18-11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer fr

7003 0500 0004 1237 1126

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | | $2.85 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

*Sent To* Eric Neville
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*

PS Form 3800, June 2002                     See Reverse for Instructions

7003 0500 0004 1237 0716

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eric Neville
275 Main Ave.
Stirling, NJ
            07980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Olga W Neville_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from    7003 0500 0004 1237 0716

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7003 1237 0004 0500 3002    1164

O F F I C I A L   U S E

| | | | |
|---|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To  *Steve Kelly*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Steve Kelly*
*766 Ocean Ave*
*Apt. #H*
*Sea Bright, NJ*
*07760*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
   (Transfer from      7003 0500 0004 1237 1164

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

James Cunning
23 Valley
Malden

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *James Cunning*                    ☐ Agent
                                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                      7/21/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from    7003 0500 0004 1237 1133

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MALDEN MA 02148

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.79 | 07/13/2011 |

Sent To    James Cunning
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

7003 0500 0004 1237 1133

PS Form 3800, June 2002                        See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10025

| | | |
|---|---|---|
| Postage | $ $0.84 | 0404 |
| Certified Fee | $2.85 | 10 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.99 | 07/14/2011 |

Sent To  *Sigmund Batruk*
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

0655  1237  0004  0500  7003

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SIGMUND BATRUK
417 RIVERSIDE DRIVE
NEW YORK, NY 10025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  M. Gonzalez               ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)       C. Date of Delivery
M. Gonzales

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)       7008 1830 0001 2527 5858

Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
FLANKVILLE NJ 08892

| | | |
|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To  *Joe Rivore*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
SOUTH AMBOY NJ 08879

| | | |
|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To  *Richard Hanna*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON NJ 07882

| | | |
|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To  *Drew Proctor*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
DENVILLE HEIGHTS NJ 07932

| | | |
|---|---|---|
| Postage | $ | $0.64 | 0404 |
| Certified Fee | $2.85 | 02 |
| Return Reciept Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.79 | 07/13/2011 |

Sent To  *John Cameron*
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                    See Reverse for Instructions

# EXHIBIT C

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*1960 FLYING BRIDGE SPORTFISH*

### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500.* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
DATE

*William Lockwood President*
PURCHASER

ADDRESS  LOCKWOOD BOAT WORKS
1325 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
CITY, STATE, ZIP CODE

**FOR:  Vessels – Lockwood Boat Works, Inc.**

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### LOCKWOOD BOAT WORKS, INC.

### VS

### M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.

*MOTOR VESSEL "1979" 'LUNAS*

### CV-10-6249

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 204*

DATE

*William Lockwood*  *President*

PURCHASER

ADDRESS   ~~LOCKWOOD BOAT WORKS~~
1325 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
·-721-1605

CITY, STATE, ZIP CODE

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*MOTOR VESSEL, "OVERLOAD PLEASURE" 1902 SANTA*

### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 Aug 2011*
_____
DATE

*William Lockwood  President*
_____
PURCHASER

_____
ADDRESS  LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
_____
CITY, STATE, ZIP CODE

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

## <u>LOCKWOOD BOAT WORKS, INC.</u>

## <u>VS</u>

## <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*SAILING VESSEL, EXCELSIOR, 1981 SPIRT*

## <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$   *500*   , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
_____
DATE

*William Lockwood President*
_____
PURCHASER

LOCKWOOD BOAT WORKS
ADDRESS 1325 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
_____
CITY, STATE, ZIP CODE

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*Motor Vessel 1989  Sea Ray NJ0293FX*

### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
_____
DATE

*William Lockwood  President*
_____
PURCHASER

ADDRESS  LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
_____
CITY, STATE, ZIP CODE

FOR:  **Vessels – Lockwood Boat Works, Inc.**

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

## LOCKWOOD BOAT WORKS, INC.

### VS

### M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.

*SAILING VESSEL KENMARE, COLUMBIA REG NJ6641*

### CV-10-6249

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF $ *500* , AND I HEREBY AGREE TO COMPLY WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
_____
DATE

*William Lockwood  President*
PURCHASER

ADDRESS  ~~LOCKWOOD BOAT WORKS~~
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
_____
CITY, STATE, ZIP CODE

FOR: **Vessels – Lockwood Boat Works, Inc.**

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

## LOCKWOOD BOAT WORKS, INC.

### VS

### M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.

*MOTOR VESSEL, LLONA, 1968 CHRIS CRAFT NJ 8543 GR.*

### CV-10-6249

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
DATE

*William Lockwood  President*
PURCHASER

~~LOCKWOOD BOAT WORKS~~
ADDRESS   1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
CITY, STATE, ZIP CODE

FOR: <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

---

<u>LOCKWOOD BOAT WORKS, INC.</u>

<u>VS</u>

<u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*MOTOR VESSEL "DOLL" 1780 GIBSON HOUSE BOAT CMG-37196WB06*

<u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
DATE

*William Lockwood President*
PURCHASER

ADDRESS  LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605

CITY, STATE, ZIP CODE

FOR: <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

## <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

SAILING VESSEL WINDSONG 1927' CT·34
NY 8200 HS

#### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500* , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

2 AUG 2011
DATE

William Lockwood President
PURCHASER

ADDRESS  LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
CITY, STATE, ZIP CODE

FOR:  **Vessels – Lockwood Boat Works, Inc.**

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### LOCKWOOD BOAT WORKS, INC.

### VS

### M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.

*SAILING VESSEL, 1992 SAN JUAN*
*(LKK0239M82G   NJ8140FN*

### CV-10-6249

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500*                     , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
DATE

*William Lockwood  President*
PURCHASER

ADDRESS   LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605
CITY, STATE, ZIP CODE

FOR:  <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*SAiLiNG VESSEL "FAmE" 1981 Peterson*
*NEX 43250681  655340 (USCG #)*

### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$         *500*                 , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*
—————————————
DATE

*William Lockwood  President*
—————————————
PURCHASER

ADDRESS  LOCKWOOD BOAT WORKS
         1825 HIGHWAY #35
         SOUTH AMBOY, N.J. 08879
         721-1605
—————————————
CITY, STATE, ZIP CODE

FOR: __Vessels – Lockwood Boat Works, Inc.__

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### LOCKWOOD BOAT WORKS, INC.

### VS

### M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.

*SAILING VESSEL CHRISTINE 1984 DUFOUR DUF13815 M231 NJ 987 FC*

### CV-10-6249

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500*                , AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN.  THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*

DATE

*William Lockwood  President*

PURCHASER

ADDRESS   LOCKWOOD BOAT WORKS
1825 HIGHWAY #35
SOUTH AMBOY, N.J. 08879
-721-1605

CITY, STATE, ZIP CODE

FOR: <u>Vessels – Lockwood Boat Works, Inc.</u>

# UNITED STATES MARSHALS SERVICE

# PURCHASER SIGNATURE FORM

### <u>LOCKWOOD BOAT WORKS, INC.</u>

### <u>VS</u>

### <u>M/V 1960 FLYING BRIDGE SPORTSFISH, ET AL.</u>

*SAILING VESSEL CURLEW 1971 CONYPLEX CONTEST CT 8795 AD14 REG NJ6872GT*

### <u>CV-10-6249</u>

THE PROPERTY DESCRIBED ABOVE WAS BID OFF BY ME FOR THE SUM OF

$ *500.*, AND I HEREBY AGREE TO COMPLY

WITH THE CONDITIONS OF THE SALE SET FORTH HEREIN. THE UNITED

STATES MARSHALS SERVICE'S COMMISSION IS BASED UPON THE FAIR

MARKET VALUE OF THE PROPERTY, THE JUDGMENT OR A SATISFACTORY BID.

*2 AUG 2011*

DATE

*William Lockwood President*

PURCHASER

ADDRESS *LOCKWOOD BOAT WORKS*
*1825 HIGHWAY #35*
*SOUTH AMBOY, N.J. 08879*
*721-1605*

CITY, STATE, ZIP CODE