UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

LOCKWOOD BOAT WORKS, INC..                        CIVIL ACTION NO.

              Plaintiff,

                                  3:10-cv-06249-JAP-LHG

              VS.

                              IN ADMIRALTY

MOTOR VESSEL, A "1960" FLYING
BRIDGE SPORTSFISH, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & SIGMUND
BATRUK IN PERSONAM & MOTOR
VESSEL, A "1979" LUHRS, HER                        CERTIFICATION OF SERVICE
ENGINES, TACKLE, APPAREL & HER                     BY MAILOF
APPURTENANCES IN REM & SIGMUND                     APPLICATION TO
BATRUK IN PERSONAM                                 CONFIRM SALE OF VESSELS

AND

SAILING VESSEL, WIND DANCER, A
"1978" ODAY, BEARING HULL ID
NUMBER XDYG095M78C &
REGISTRATION NUMBER NJ4747FS,
HER ENGINES, TACKLE, APPAREL &
HER APPURTENANCES IN REM &
WARREN BIGOS IN PERSONAM

AND

MOTOR VESSEL, WEEKEND
PLEASURE, A "1982" BAHA, BEARING
HULL ID NUMBER FRR00209M82D &
REGISTRATION NUMBER NJ6482FG,
HER  ENGINES, TACKLE, APPAREL &
HER APPURTENANCES IN REM & JOE
BIVONE IN PERSONAM


AND

SAILING VESSEL, EXCELSIOR, A "1981"

1

**SPIRIT, BEARING REGISTRATION
NUMBER NJ1278FR, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & JOHN
CAMERON IN PERSONAM**

**AND**

**SAILING VESSEL, CURLEW, A "1971"
CONYPLEX CONTEST, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & JAMES E.
CANNING, ADMINISTRATOR FOR THE
ESTATE OF CHRISTOPHER MICHAEL
CURLEYAND THE ESTATE OF
CHRISTOPHER MICHAEL CURLEY IN
PERSONAM**

**AND**

**MOTOR VESSEL, FLASHBACK II, A
"1997" MAXUM, BEARING HULL ID
NUMBER BLIA50MKKA797 &
REGISTRATION NUMBER NJ9700GE,
HER ENGINES TACKLE, APPAREL &
HER APPURTENANCES IN REM &
ROBERT DUDA IN PERSONAM**

**AND**

**MOTOR VESSEL, A "1989" SEA RAY,
BEARING REGISTRATION NUMBER
NJ0293FX, HER SHORELANDER
TRAILER, HER ENGINES, TACKLE,
APPAREL & HER APPURTENANCES IN
REM & RICHARD HANNA IN
PERSONAM**

**AND**

**SAILING VESSEL, KENMARE, A
COLUMBIA, BEARING REGISTRATION
NUMBER NJ6641, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & STEVE
KELLY IN PERSONAM**

2

AND

MOTOR VESSEL, ILLONA, A "1968"
CHRIS CRAFT, BEARING
REGISTRATION NUMBER NJ8543GR,
HER ENGINES, TACKLE, APPAREL &
HER APPURTENANCES IN REM &
GLENN MEADOR IN PERSONAM

AND

MOTOR VESSEL, DOLL, A "1980"
GIBSON HOUSE BOAT, BEARING HULL
ID NUMBER LMG37196M80G, HER
ENGINES, TACKLE, APPAREL & HER
APPURTENANCES IN REM & PAUL
MUMFORD IN PERSONAM

AND

SAILING VESSEL, WINDSONG, A "1977"
CT-34, BEARING REGISTRATION
NUMBER, NY8200HS HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & ERIC
NEVILLE IN PERSONAM

AND

MOTOR VESSEL, A "2000" BAYLINER,
BEARING REGISTRATION NUMBER
NJ0205GZ, HER ENGINES, TACKLE,
APPAREL & HER APPURTENANCES IN
REM & DANTE PETUCEELI IN
PERSONAM

AND

SAILING VESSEL, , A "1992" SAN JUAN,
BEARING HULL ID NUMBER
CLKK0239M82G & REGISTRATION
NUMBER NJ8140FN, HER TACKLE,
APPAREL & HER ENGINES,
APPURTENANCES IN REM & DREW
PROCTOR IN PERSONAM

3

AND

SAILING VESSEL, DUETTO, A "1974" IROQUOIS, BEARING HULL ID NUMBER SYM001920574 & REGISTRATION NUMBER NJ17189GJ, HER ENGINES,TACKLE, APPAREL & HER APPURTENANCES IN REM & JOEL ROSENFELD IN PERSONAM

AND

SAILING VESSEL, FAME, A "1981" PETERSON, BEARING HULL ID NUMBER NEX43250681 & U. S. COAST GUARD DOCUMENT NUMBER 655340, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES IN REM & GUS RUTLEDGE IN PERSONAM

AND

SAILING VESSEL, CHRISTINA, A "1984" DUFOUR, BEARING HULL ID NUMBER DUF13815M831 & REGISTRATION NUMBER NJ987FC, HER ENGINES,TACKLE, APPAREL & HER APPURTENANCES IN REM & WILLIAM SCANLON IN PERSONAM

AND

MOTOR VESSEL, AN "1988" IMPERIAL, BEARING HULL ID NUMBR ALSPY123E888, HER ENGINES, TACKLE, APPAREL & HER APPURTENANCES IN REM & ABRAHAM SURAL & TONY SIDAY IN PERSONAM

AND

MOTOR VESSEL, DEVON MARIE, A "1987" GRAND BANKS, BEARING HULL ID NUMBER GNDB0785F787, HER ENGINES,TACKLE, APPAREL & HER

4

**APPURTENANCES IN REM & MORRIS
WASHINGTON IN PERSONAM**

**AND**

**MOTOR VESSEL, VAGABOND, A "1973"
STAMAS, BEARING HULL ID NUMBER
5STA24053M73F & REGISTRATION
NUMBER NJ175AK, HER ENGINES,
TACKLE, APPAREL & HER
APPURTENANCES IN REM & DAVID
VADO IN PERSONAM**

**MOTOR VESSEL, ENTERPRISE,
A 50' ARES CORP. SPORT FISHERMAN,
BEARING HULL ID AXS50P01676
HER ENGINES, TACKLE, APPAREL &
HER APPURTENANCES IN REM &
LAMEDIAN SERVICES &
LINDON AMEDE IN PERSONAM**

**Defendants**
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I, Eugene J. McDonald, certify that I am an Attorney At Law of the State of New

York, New Jersey, Pennsylvania and Florida and am admitted to practice before the

United States District Court for the State of New Jersey and am entrusted with this case,

having my office at 170 Broad Street, Matawan, NJ 07747, and that on August 3, 2011,

on behalf of LOCKWOOD BOAT WORKS, INC.., I caused the Application to Confirm

the Sale of Vessels to be served upon the Defendants(s):

1. **SIGMUND BATRUK,** by depositing a true copy thereof in the United States
   mail at the Post Office, Matawan, New Jersey, properly sealed in a securely
   closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED,
   postage prepaid and addressed to his place of abode that being 417 Riverside
   Drive, New York, New York 10025;

2. **JOE BIVONE,** by depositing a true copy thereof in the United States mail at the
   Post Office, Matawan, New Jersey, properly sealed in a securely closed
   envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage

prepaid and addressed to his place of abode that being 7 Pero Court. Sayreville, New Jersey 08872,

3. **JOHN CAMERON,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 122 Fairview Avenue, Berkeley Heights, New Jersey 07922;

4. **RICHARD HANNA,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 116 South Shore Drive, South Amboy, New Jersey 08879

5. **STEVE KELLY,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 766 Ocean Avenue, Apt. # 4, Sea Bright, New Jersey 07760;

6. **GLENN MEADOR,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 7 Williams Street, Lincoln Park, New Jersey07035;

7. **PAUL MUMFORD,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 1763 Wisteria Circle, Bellport, New York 11713;

8. **ERIC NEVILLE,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 275 Main Avenue, Stirling, New Jersey07980;

9. **DREW PROCTOR,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 68 Lock Street, Washington, New Jersey07882;

10. **GUS RUTLEDGE,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being 880 Stryker Road, Phillipsburg, New Jersey08862;

11. **WILLIAM SCANLON**., by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being , 4 Columbia Drive, Apt. 3B, Bridgewater, New Jersey 08807.

12. **JAMES E. CANNING, ADMINISTRATOR FOR THE ESTATE OF CHRISTOPHER MICHAEL CURLEYAND THE ESTATE OF CHRISTOPHER MICHAEL CURLEY ,** by depositing a true copy thereof in the United States mail at the Post Office, Matawan, New Jersey, properly sealed in a securely closed envelope, VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED, postage prepaid and addressed to his place of abode that being , 23 Valley Street, Malden, Ma.02148.


Dated: August 3, 2011

*S/ Eugene J. Mc Donald*
EUGENE J. MCDONALD, ESQ.
170 Broad Street
Matawan, NJ 07747
Telephone:  732 583 8485
Attorney for Plaintiff
Lockwood Boat Works, Inc.

7